COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JONATHAN FREDERICKS (J)     CASE NO: 00-4030-SNOW
AUSA: BERTHA MITRANI /pres     ATTY: _____
AGENT: SECRET SERVICE ✓     VIOL: 18:371; 1029
PROCEEDING I/A ON NEW COMPLAINT     RECOMMENDED BOND 25,000 PSB
BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED Richard Moore
BOND SET @ 25,000 PSB     FLS 001375

SPECIAL CONDITIONS:

1) To be cosigned by: _____
2) Rpt to PTS / x's a (wk)/month by phone; / x's a (wk)/month in person
3) Travel extended to: _____

Deft advised of charges - sworn
for counsel - CJA to be appt'd
deft's #'s
(954) 720-1011
721-3040
298-0152 cell

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
    PTD/BOND HRG: ✓
    PRELIM/ARRAIGN: 2/22 // BSS
    REMOVAL HRG:
    STATUS CONF:

Date: 2-11-00    Time 11:00    FTL/LSS TAPE #00- 010   Begin: 786   End: 1327