UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA ) Case Number: _____ OR _____
            Plaintiff    )
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 ) ACTION
                         )
_Jonathan Fredericks_    )
            Defendant    55201-004

*******************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

-----------------------------------------------------

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: _2/10/00_   _3_   am/(pm)

(2) Language Spoken: _English_

(3) Offense(s) Charged: _18 USC 1029 - Credit Card Fraud_

(4) U.S. Citizen  [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: _03/20/65_

(6) Type of Charging Document: (Check one)
    [ ] Indictment   [✓] Complaint  To be filed/Already filed
        Case # _____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _SDFL_

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [✓] NO

Amount of Bond: $ _25,000 personal Surety_
Who set Bond: _____

(7) Remarks: _____

(8) Date: _2/10/00_       (9) Arresting Officer: _French_

(10) Agency: _USSS_                (11) Phone: _305 629 1880_

(12) Comments: _____