COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jonathan Fredericks (B)     CASE NO: 00-6042-CR-Zloch ~~00-4030-Snow~~

AUSA: Bertha Mitrani *present*     ATTNY: Richard Moore *present*

AGENT: _____     VIOL: _____

PROCEEDING: ~~prelim~~/arraignment     BOND REC: _____

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

[Stamp: FILED by ___ D.C. FEB 22 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

Δ - not present yet

matter reset

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR ~~REMOVAL~~: 2-24-00   11:00am   BSS ✓
STATUS CONFERENCE: _____

DATE: 2-22-00     TIME: 11:00am     TAPE # 00-017     PG # 7

3212

24