

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch

UNITED STATES OF AMERICA

vs

Jonathan Fredericks                    ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S _____ on _2-24-00_ where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:                Address:  SEE BOND

                          Telephone: _____

DEFENSE COUNSEL:          Name: Richard Moore

                          Address: _____

                          Telephone: _____

BOND SET/CONTINUED:       $ Cont'd on bond

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __24__ day of __February__, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No. 00-016

cc: Clerk for Judge
    U. S. Attorney