COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jonathan Fredericks (B)       CASE NO: 00-6042-CR-Zloch
AUSA: Bertha Mitrani  *present*     ATTNY: Richard Moore  *present*
AGENT:                              VIOL:
PROCEEDING: Arraignment             BOND REC:
BOND HEARING HELD - yes/no          COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

FILED FEB 24 200_
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

✓
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

2-5 audio tapes
2-3 video tapes

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:  3-8-00 w/co defts   11:00am   Snow
DATE: 2-24-00   TIME: 11:00am   TAPE # 00-010   PG # 3

3213-

31