UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,       :

       Plaintiff,              :

v.                              :

ALEXANDER PEREIRA, et al.,      :

       Defendants.             :
_____



FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

    A status conference was held in this cause on March 8, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery was provided at the status conference; counsel for the defendants shall have until March 24, 2000, within which to file pretrial motions.

    2. The last co-defendant was arraigned within the past week. Also, the Government anticipates that a superseding indictment will be returned within the next two weeks.

    DATED at Fort Lauderdale, Florida, this 10th day of March, 2000.

                                  *Lurana S. Snow*
                                  LURANA S. SNOW
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bertha Mitrani (FTL)
Richard Moore, Esq.
Sam Rabin, Esq.