BRM:ass

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

CASE NO. 00 - 6042 - CR - ZLOCH

IN RE: GRAND JURY 98-02 FTL )
_____ )

## ORDER TO SEAL

This cause came before this Court on the Government's Motion to Seal. The Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the government's motion is hereby granted, and the Clerk of the Court shall seal the Indictment, Penalty Sheet, Certificate of Trial Attorney, Warrant for Arrest, Motion to Seal and Sealing Order, with the exception of copies of the Warrant for Arrest be provided to the U.S. Marshal's Service and the United States Secret Service, until the defendant is arrested or further order of the Court.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of April, 2000.

LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE



```
 [docket  ]                    CIVIL/CRIMINAL                    [vdkttext]
4. Queries                      Docketing


 Docket #   : 0:00-cr-6042                                          BSS
 Short Title: USA                v. Pereira                    PRIOR
 Type: cr        Judge: Zloch              Magistrate:
 ----------------------------------------------------------------------
 -


 ----------------------------------------------------------------------
 -
          Summary of Event that Created the Document

 Filed        Entry Date  Last Update       History ID      Docketed by
 4/6/00       4/7/00      **/**/**          3932935             lh
    +--------------------------------------------------------------+
      SEALED DOCUMENT
```

Attached to D.E. #  ___50___

```
    +viewing docket text-------------------------------------------+
Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```