UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6042-CR-ZLOCH/SELTZER

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALEXANDRE PEREIRA, | ) |
| JONATHAN FREDERICKS, | ) |
| a/k/a Jonathan Onwuemelie Fredericks, | ) |
| and | ) |
| HAROLD ROBINSON, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |



## MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to seal this Motion, the attached status report and any subsequent Order for the following reasons:

1. On or about April 6, 2000, the Grand Jury returned a sealed Superseding Indictment in the above caption matter which involved new defendants. These defendants have not yet been arrested. The attached Status Report refer to sealed Indictment.

2. The motion contains information relating to ongoing criminal investigations.

3. Public disclosure of the Joint Motion to Continue, Order on Motion to Continue, this

Motion to Seal, and any Order on the Motion to Seal would jeopardize criminal investigations, possibly notify subjects and undermine the public interest.

WHEREFORE, the United States respectfully requests that this Motion, the Joint Motion to Continue, the Order on the Motion to Continue and any subsequent Order in this matter be sealed.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
BERTHA R. MITRANI, AUSA
Florida Bar No. 88171
500 East Broward Blvd., #700
Ft. Lauderdale, FL 33394
(954) 356-7255

```
                              Case Selection
  Dkt type: cr   Case Number: 00-6042     Division: 0   FtLauderdale
   Title :  USA                       .V.  Pereira




  Filed      Entry Date  Last Update     History ID     Docketed by
  4/7/00      4/11/00     **/**/**        3936652           lh
  +---------------------------------------------------------------+
       SEALED DOCUMENT



       +viewing docket text-------------------------------------+
  Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 55