UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 99-6042-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| ALEXANDRE PEREIRA, JONATHAN FREDERICKS, a/k/a Jonathan Onwuemelie Fredericks, and HAROLD ROBINSON | ) |
| Defendant. | ) |

FILED by ___ D.C.
APR 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SEAL

THIS CAUSE having come before the Court on the Government's Motion to Seal, and the Court being duly advised in the premises, it is hereby ORDERED AND ADJUDGED, that the Motion to Seal is GRANTED. The Clerk of the court is ordered to seal the attached Status Report Motion.

DONE and ORDERED this ___ day of April, 2000.

ZURANA SNOW
UNITED STATES MAGISTRATE JUDGE



```
                            Case Selection
 Dkt type: cr   Case Number: 00-6042      Division: 0    FtLauderdale
  Title :  USA                      .V.  Pereira




 Filed       Entry Date  Last Update    History ID    Docketed by
 4/7/00       4/11/00     **/**/**        3936668         lh
     +--------------------------------------------------------------+
         SEALED DOCUMENT



      +viewing docket text-----------------------------------------+
 Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 56