U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jonathan Fredericks (B)   CASE NO: 00-6042-CR-Zloch
AUSA: Bertha Mitrani /Rosenbaum/   ATTNY: Richard Moore *present*
AGENT:   VIOL:
PROCEEDING: Arraignment on SS Indictment   BOND REC:
BOND HEARING HELD - yes/no   COUNSEL APPOINTED:
___ BOND SET @ 

FILED by ___ D.C.
APR 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:   N/A
STATUS CONFERENCE:
DATE: 4-18-00   TIME: 11:00am   TAPE # 00-029   PG # 2
2370-2435

65