

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-Zloch

UNITED STATES OF AMERICA

vs

Jonathan Fredericks                         ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on           April 18,          , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:              Address:_____SEE BOND_____

                        _____

                        Telephone:_____

DEFENSE COUNSEL:        Name:_____Richard Moore_____

                        Address:_____

                        _____

                        Telephone:_____

BOND SET/CONTINUED:     $_____Cont'd on bond_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this___18___day of _____April_____, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK

By:_____
   Deputy Clerk

Tape No.___00-029_____

cc: Clerk for Judge
    U. S. Attorney