UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ___ D.C.
APR 24 2000

CASE NUMBER 00-6042-CR-Zloch    DATE 4-24-00
CLERK Carline Newsky    REPORTER Carl Schanzleh
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Alexandre Pereida, Jonathan Fredericks, Harold Robinson,

U. S. ATTORNEY Bertha Mitrani    DEFT COUNSEL Samuel Rabin

DEFENDANT:  PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Pereira's ore tenus mtn for continuance granted - all time excludable until trial actually commences

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC

