UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

MAY 3 0 2000

UNITED STATES OF AMERICA

v.

JONATHAN FREDERICKS

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
June 8, 2000 at 9:30 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: May 30. 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Moore, Esq.