UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6042-CR-Zloch   DATE 6-8-00
CLERK Carline Newsky   REPORTER Anita LaRocca
PROBATION ___   INTERPRETER ___

UNITED STATES OF AMERICA v. Jonathan Fredericks

U.S. ATTORNEY Bertha Mitrani   DEFT COUNSEL Richard Moore

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING  Change of Plea to Count 1

RESULT OF HEARING  Deft entered plea of guilty to Count 1

JUDGMENT  Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 8-25-00   TIME 10:30   FOR Sentencing

MISC  Written Plea Agreement

104