UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6042-CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,
vs.
JONATHAN FREDERICKS
    Defendant,

### DEFENDANTS NOTICE OF NEW ADDRESS

COMES NOW the defendant, JONATHAN FREDERICKS, and notices this court of his new address, effective immediately. The new address is

8040 Colony Circle Drive North; Bldg 2, Apt 106
Tamarac, Fla. 33321.

I HEREBY CERTIFY that a true and correct copy of the foregoing notice was mailed to: Bertha R. Mitrani, Esq., 300 E. Broward Blvd., Ft Lauderdale, Fla. 33394, and to Tracy Webb, USPO, Room 409, 299 E. Broward Blvd., Ft. Lauderdale, Fla. 33301 this __12__ day of __July__, 2000.

RESPECTFULLY SUBMITTED,

RICHARD A. MOORE, Esq.
1 NE 2nd ave., #200
Miami, Fla. 33132
3053732336

1