UNITED STATES OF AMERICA,
Plaintiff,

vs.

JONATHAN FREDERICKS, et al
Defendants,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.  00-6042-CR-ZLOCH (s)

OBJECTIONS TO PSI

The defendant, Jonathan Fredericks, submits his objections to the PSI in this case as follows:

1. Defendant objects to paragraph 25, role assessment, and the three level bump. The facts of the case show that Fredericks was no manager or leader. In fact, a minor role reduction is warranted.

2. Defendant objects to paragraphs 33, 34, and 35. Paragraph 33, is a two level bump for more than minimal planning. The facts do not justify this aggravating factor. The defendant did no more planning than was necessary to commit the instant fraud. Paragraph 34 is a two level bump because it is alleged that a substantial part of the scheme was committed from outside the United States. This is simply not the case. All of defendants activities took place in this country. Paragraph 35, role assesment, has already been addressed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____2____ day of _____, 2000 to: Bertha Mitrani, esq., 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Fla. 33394-3002, and Tracey Webb, USPO, 299 E. Broward Blvd., #409, Ft. Lauderdale, Fla. 33301-1168.

Respectfully submitted,

RICHARD A. MOORE, P.A.
1 NE 2nd Ave., #200
Miami, Fla. 33132
305 3732336

1