UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6042-CR-ZLOCH

AUG 8 2000

UNITED STATES OF AMERICA

v.

JONATHAN FREDERICKS

---

TYPE OF CASE                           CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                                  COURTROOM A
299 E. BROWARD BLVD.                   DATE & TIME:
FT. LAUDERDALE, Fl, 33301              October 13, 2000, at 10:00 AM

---

SENTENCING - RESET BY COURT

---

                                        CLARENCE MADDOX
                                        CLERK OF COURT

                                        BY DEPUTY CLERK

DATE: August 8, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Moore, Esq.
Probation