UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:  00-6042-CR-ZLOCH



UNITED STATES OF AMERICA

v.

JONATHAN FREDERICKS

---

**TYPE OF CASE**          CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

---

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          September 22, 2000, at 11:00 AM

---

**SENTENCING - RESET BY COURT**

---

CLARENCE MADDOX
CLERK OF COURT


_____
BY DEPUTY CLERK

DATE: August 14, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Moore, Esq.
Probation

