UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6042-CR-ZLOCH



UNITED STATES OF AMERICA

     V.

JONATHAN FREDERICKS

TYPE OF CASE               CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE                              COURTROOM A
299 E. BROWARD BLVD.               DATE & TIME:
FT. LAUDERDALE, Fl, 33301          September 27, 2000, at 11:00 AM

SENTENCING - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 28, 2000

cc:
Bertha Mitrani, Esq., AUSA
Richard Moore, Esq.
Probation