UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6042-CR-ZLOCH (s)

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : |
| ALEXANDRE PEREIRA, | : |
| JONATHAN FREDERICKS, | : |
| a/k/a "Jonathan Onwuemelie Fredericks," | : |
| HAROLD ROBINSON, | : |
| BELINDA MCNAIR, | : |
| and | : |
| CRYSTAL MCGEE, | : |
| a/k/a/ "Krystal McGee", | : |
| | : |
| Defendants. | : |
| _____ / | |



## UNITED STATES' MOTION FOR REDUCTION OF SENTENCE
## BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Section 5K1.1 of the Sentencing Guidelines, 18 U.S.C. §3553(e) of the Federal Rules of Criminal Procedure, the United States of America respectfully requests that this Honorable Court downwardly depart from the applicable sentencing guidelines and reduce defendant JONATHAN FREDERICKS', a/k/a "Jonathan Onwuemelie Fredericks,"(hereinafter the defendant) sentence, based on the substantial assistance he has provided to the Government in the prosecution



of others who have committed federal felony offenses. The nature and extent of the defendant's cooperation will be set forth at his sentencing hearing, scheduled for September, 22, 2000 at 11 a.m.

                Respectfully submitted,

                GUY A. LEWIS
                UNITED STATES ATTORNEY

By: _____
    Bertha R. Mitrani
    Assistant United States Attorney
    Florida Bar No. 88171
    500 East Broward Boulevard
    Fort Lauderdale, Florida 33394
    Tel: 954/ 356-7255
    Facsimile: 954/356-7336

cc:     Special Agent Caruso

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by facsimile *305/358-2503* and regular first class mail to counsel for the defendants on this __21__ day of September, 2000:

Richard Moore, Esq.
Counsel for Defendant Jonathan Fredericks
One Northeast Second Avenue
Ste 200, The White Building
Miami, Florida 33132

Bertha R. Mitrani
Assistant United States Attorney

3