UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.

SEP 27 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6042-CR-ZLOCH DATE 9-27-00

CLERK Carlyne Newsley     REPORTER Carl Schanzler

PROBATION Frank Smith     INTERPRETER

UNITED STATES OF AMERICA V. Jonathan Fredericks

U. S. ATTORNEY Bertha M. Lami     DEFT COUNSEL Richard Moore

DEFENDANT: PRESENT     NOT PRESENT     ON BOND     IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Court's mtn for downward
departure granted –
Deft's objections overruled –
Ct 1 – 27 months custody of BOP
JUDGMENT $120,424.35 Restitution –
$100 assessment. 3 yrs Sup Rel –
Spec Conds. Participate in Drug Abuse/
Alcohol abuse program – If departed

CASE CONTINUED TO _____ TIME _____ FOR _____
Nov Re-enter w/o prior express
MISC permission of A.C. Non-
reporting if departed – Moore
appointed for appeal – Execution of
sentence delayed until noon 11-30-00 –
Ct recommends facility in FL capable
of treating substance abuse problems