# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

SEP 28 2000

UNITED STATES OF AMERICA
v.
JONATHAN FREDERICKS

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6042-CR-ZLOCH

RICHARD MOORE, ESQ.
Defendant's Attorney

## THE DEFENDANT:

[X] pleaded guilty to count(s) _1_

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1029(b)(2) | conspiracy to commit access device fraud | 2/2000 | 1 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) _remaining_ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 3/20/55
Defendant's USM No.: 55201-004
Defendant's Residence Address:
8040 Colony Circle Drive, N. #106
Tamarac, FL

Defendant's Mailing Address:

9/27/00
Date of Imposition of Judgment

Signature of Judicial Officer

WILLIAM J. ZLOCH
CHIEF UNITED STATES DISTRICT JUDGE
Name and Title of Judicial Officer

9/28/00
Date

TO THE EXTENT NOT OTHERWISE DISPOSED OF HEREIN, ALL PENDING MOTIONS ARE DENIED AS MOOT.

DEFENDANT: JONATHAN FREDERICKS
CASE NUMBER: 00-6042-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 27 months.

[x] The court makes the following recommendations to the Bureau of Prisons:

a facility in Florida capable of treating defendant's substance abuse problems.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
  [ ] at _____ a.m./p.m. on _____ .
  [ ] as notified by the United States Marshal.

[x] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [x] before 2 p.m. noon 11/30/00 .
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant Surrendered on 11-30-00 to FCC Coleman-Low
at Coleman, FL with a certified copy of this judgment.

R.D. Swope, Warden
UNITED STATES MARSHAL

By M. Andulos, UE
Deputy U.S. Marshal